UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) Case No. 1:09-CR-28
vs. )
)
JAHALA SANDERS ) JUDGE COLLIER

<u>MEMORANDUM AND ORDER</u>

The defendant appeared for a hearing before the undersigned on September 2, 2011, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision (Petition) of U.S. Probation Officer Sladjuana Hays and the Warrant for Arrest issued by Chief U.S. District Judge Curtis L. Collier. Those present for the hearing included:

(1) AUSA James Brooks for the USA.
(2) The defendant JAHALA SANDERS.
(3) USPO Sladjuana Hayes.
(4) Attorney Tony Martinez for defendant.
(5) Deputy Clerk Barbara Lewis.

After being sworn in due form of law the defendant was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and she qualified for the appointment of an attorney to represent her at government expense. Federal Defender Services of Eastern Tennessee, Inc. was APPOINTED to represent the defendant. It was determined the defendant had been provided with a copy of the Petition and the Warrant for Arrest and had the opportunity of reviewing those documents with Atty. Martinez. It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents she had been provided.

AUSA Brooks called USPO Sladjuana Hayes as a witness, and has agreed to bond conditions suggested by the undersigned pending the revocation hearing.

<u>Findings</u>

(1) Based upon USPO Hayes' testimony and the Petition, the undersigned finds there is probable cause to believe defendant has committed violations of her conditions of

1

supervised release as alleged or set forth in the Petition but finds there are conditions which will ensure the safety of the community and the defendant's appearance at court proceedings.

Conclusions

It is ORDERED:

(1) AUSA Brooks has agreed that defendant should be released on an OR bond bond pending further hearings.

(2)  The defendant shall next appear for a status hearing before the undersigned on **Thursday, September 15, 2011, at 10:00 am.**

(2) The defendant shall thereafter appear for a revocation hearing before Judge Collier on **Thursday, September 29, 2011, at 9:00 a.m.**

ENTER.

*s/William B. Mitchell Carter*

UNITED STATES MAGISTRATE JUDGE

2